**FILED**

JUL - 8 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN GAFATASI LEMUSU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 1179 |
| ) | |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition and this civil action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 6/30/08

_____
United States District Judge