UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HERMAN-GAFATASI LEMUSU, )
)
Petitioner, )
)
v. )  Civil Action No. 08-1179 (UNA)
)
DEPARTMENT OF JUSTICE, *et al.*, )
)
Respondents. )

### ORDER

On consideration of petitioner's "Notice to Augment the Record and Reinstate Complaint," which the Court construes as a motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure, is DENIED. the Court finds no basis upon which to grant the relief petitioner seeks.

SO ORDERED.

United States District Judge

Date: 8/13/08